UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

Clerk's Minutes

Before the Honorable James O. Browning

**CASE NO.** CR 09-3207 JB          **DATE:** April 27, 2010

**TITLE:** *USA v. Aguilar*

**COURTROOM CLERK:** K'Aun Wild          **COURT REPORTER:** Danna Everett

**COURT IN SESSION:** 9:32 a.m.          **COURT IN RECESS:** 10:33 a.m. = 1:01
  11:14 a.m.                                                     11:33 a.m. = :19
                                                                 **TOTAL: 1:20**

**TYPE OF PROCEEDING:** Motion Hearing (see below)

**COURT'S RULINGS/DISPOSITION:**
1. Defendant David Aguilar's Motion for Disclosure of Identity of Confidential Informant [54] - **INCLINED TO GRANT WITH SAFEGUARDS OF PROTECTIVE ORDER AS DISCUSSED WITH COUNSEL**
2. Defendant David Aguilar's Motion for a Severance [60] - **INCLINED TO DENY WITHOUT PREJUDICE**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:** Court

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**

  John Anderson, AUSA                             Erlinda Johnson (Appointed)

**PROCEEDINGS:**

**Court in Session:** 9:32 a.m.

**Court:** Calls case. Counsel enter appearances. Defendant Aguilar present.

**Court:** Concerned about whether can conduct hearing without co-defendants and their counsel being present. Asks Govt. for its position on same as to motion to compel?

**Mr. Anderson:** Given there has been no joinder in motion, believes is fine to proceed on motion today.

**Ms. Johnson:** Defers to Court's discretion.

**Court:** Reviewed rule 43 re: same - concerned about whether this would just be a question of law. Does not seem co-defendants are required to be here nor does the rule expressly preclude

them from being here.  Notes that co-defendants are not in custody and their counsel did receive notice.  Will hear motion to compel.

## DEFENDANT DAVID AGUILAR'S MOTION FOR DISCLOSURE OF IDENTITY OF CONFIDENTIAL INFORMANT [54]

**9:37 a.m.  Ms. Johnson:**  Argues in support of motion and responds to Court's inquiry.

**10:02 a.m.  Mr. Anderson:**  Argues in response in opposition to motion.

**10:26 a.m.  Ms. Johnson:**  Argues in reply in further support of motion.

**Court in recess:  10:33 a.m.**

**Court in session:  11:14 a.m.**

**Court:**  Queries Govt. re: factual assertions in response brief.

**Mr. Anderson:**  Responds.  Does not believe *in camera* hearing is necessary for Court to rule on this motion.

## DEFENDANT DAVID AGUILAR'S MOTION FOR A SEVERANCE [60]

**Court:**  Asks for Govt.'s position on proceeding with argument on motion today given co-defendants and their counsel are not present?

**Mr. Anderson:**  Same position as to motion just heard.

**Ms. Johnson:**  Again, defers to Court's discretion.  Notes no co-defendant joined motion and they were given notice of hearing and have chosen not to be present.

**Court:**  Will hear motion.

**11:22 a.m.  Ms. Johnson:**  Argues in support of motion.

**11:26 a.m.  Mr. Anderson:** In lieu of argument will rely on response.

**11:27 a.m.  Court:**  Inclined to deny without prejudice - may only enter order on this motion.  Inclined to grant motion to disclose identity of CI with safeguards of protective order as discussed with counsel.  Anything further?

**Mr. Anderson:**  No.

**Ms. Johnson:**  Asks if will be given some identifying information on CI so as to facilitate contact with that individual?

**Court:**  Will probably give Govt. a choice, can disclose the information or they can make CI available at their offices for defense counsel to talk to.

**Court in recess:  11:33 a.m.**