IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                      No. CR 09-3207 JB

DAVID AGUILAR,

    Defendant.

## ORDER

**THIS MATTER** comes before the Court on Defendant David Aguilar's Motion for a Severance, filed February 4, 2010 (Doc. 60). The Court held a hearing on April 27, 2010. The primary issue is whether the Court should grant Defendant David Aguilar's motion to sever his criminal proceeding from that of his alleged co-conspirators. The Court concludes that Aguilar has made an insufficient showing of prejudice to justify granting a severance at this stage in the proceeding. For the reasons stated on the record, and for further reasons consistent with those already stated, the Court denies Aguilar's motion for a severance without prejudice to him renewing it when there is clearer evidence that he might experience some prejudice by being tried together with his co-Defendants.

    **IT IS ORDERED** that Defendant David Aguilar's Motion for a Severance is denied without prejudice to Aguilar renewing it when he has more evidence that he might suffer prejudice by being tried simultaneously with his co-Defendants.

                                                                                       _____
                                                                                       UNITED STATES DISTRICT JUDGE

*Counsel*:

Gregory J. Fouratt
  United States Attorney
John C. Anderson
Nicholas Jon Ganjei
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Erlinda O. Johnson
Law Office of Erlinda Ocampo Johnson, LLC
Albuquerque, New Mexico

    *Attorney for Defendant David Aguilar*

Leon Encinias
Albuquerque, New Mexico

    *Attorney for Defendant Anthony Mirabal*

Robert J. Gorence
Gorence & Oliveros. P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant Kevin Garner*