IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.        No. CR 09-3207 JB

DAVID AGUILAR,

    Defendant.

## JUDGMENT OF ACQUITTAL

**THIS MATTER** came before the Court on a jury trial with Defendant David Aguilar that took place from August 9, 2010 to August 11, 2010. On August 11, 2010, the jury returned a verdict of not guilty on all counts in the Indictment for David Aguilar and against Plaintiff United States of America.

**IT IS ORDERED** that Defendant David Aguilar is acquitted, discharged, and any bond exonerated.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Kenneth J. Gonzales
  United States Attorney
John C. Anderson
Nicholas Jon Ganjei
  Assistant United States Attorneys
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Erlinda O. Johnson
Law Office of Erlinda Ocampo Johnson, LLC
Albuquerque, New Mexico

    *Attorney for Defendant David Aguilar*