

**U.S. Department of Justice**
*United States Attorney*
*District of New Mexico*

*Post Office Box 607*  505/346-7274
*Albuquerque, New Mexico 87103*  505/346-7224
 FAX 505/346-7296

January 18, 2011

District Judge James O. Browning
Pete V. Domenici Federal Courthouse
333 Lomas Blvd, NW Suite 660
Albuquerque, NM 87102

Your Honor,

I have received your Order (Doc. 51), filed in *United States v. Peterson, et al.* (Criminal No. 10-1919 JB) on January 12, 2011. Please be advised that effective January 15, 2011, I have resigned from the Board of Directors of Auxiliary Dog Theatre.

Sincerely,

KENNETH J. GONZALES
United States Attorney

Nicholas Jon Ganjei
Assistant United States Attorney

cc:  Billy Blackburn, Esq.
 AFPD Susan Dunleavy

Rec'd 1-19-11